Keith D. Cable, Esq., SBN 170055
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Tel. 916/608-7995
Fax 916/608-7986

Attorneys for Defendants
JOHN J. ARIZCUREN, JANICE ARIZCUREN
(sued herein as "J. ARIZCUREN"), and LIFESAVER CPR LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN J. ARIZCUREN; J. ARIZCUREN; LIFESAVER CPR LLC, a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:14-cv-01361-TLN-KJN<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

　　　The Court, having considered the parties' Stipulation to Continue Settlement Conference, and finding good cause therefor, hereby vacates the Settlement Conference presently set for June 18, 2015 at 10:00 am and orders that the Settlement Conference be re-set for February 4, 2016 at 10:00 am. in Courtroom 9 before Magistrate Judge Gregory G. Hollows. Confidential settlement conference statements shall be submitted to the chambers

1

ORDER CONTINUING SETTLEMENT CONFERENCE

of Magistrate Judge Gregory G. Hollows no later than January 28, 2016. Each party shall file e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement per Local Rule 270.

**IT IS SO ORDERED.**

Dated:  June 11, 2015

Troy L. Nunley
United States District Judge